IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

REPUBLIC FIRST BANK            :                   CIVIL ACTION
d/b/a REPUBLIC BANK          :                   NO. 13-375
      v.                            :
                                  :
240/242 FRANKLIN AVE LLC    :
and                            :
COLONIAL COURT APARMENTS, LLC  :

## <u>ORDER</u>

AND NOW, 25th day of February 2013, is hereby ORDERED that, on or before March

4, 2013, plaintiff is directed to file an application with the Court accompanied by supporting

documentation to justify its requested attorneys' fees in this case.


                                        */s/ Thomas N. O'Neill Jr.*
                                       THOMAS N. O'NEILL, JR., J.